AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
### District of Columbia

United States of America

v.

**PAUL MAUCHA and
MELISA SHAPIRO**

*Defendants*

)
)
)
)
)
)

Case: 1:21-cr-00322
Assigned To : Nichols, Carl J.
Assign. Date : 4/27/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Paul Maucha                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)
18 U.S.C. § 1343 (Wire Fraud)
18 U.S.C. § 1957 (Engaging in Monetary Transactions in Criminally Derived Property)

G. Michael Harvey
2021.04.27
16:15:58 -04'00'

Date:  04/27/2021

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/28/21 , and the person was arrested on *(date)* 05/12/21 at *(city and state)* Washington, DC . |

Date:  05/12/21

*Arresting officer's signature*

KEVIN J. COPE, FBI SPECIAL AGENT
*Printed name and title*