# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.  21 - 322 - 01  (CJN)** |
| : | |
| **PAUL MAUCHA** : | |

### UNOPPOSED MOTION TO PERMIT THE DEFENDANT
### TO TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA
### AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court for permission to travel to the New York City area on April 7, 2022 and return on April 8, 2022.  In support of this motion defendant states as follows:

1.  Defendant remains on personal recognizance in this case.  His release conditions include the condition that he stay within the D.C. area.

2.   Defendant needs to travel to the New York City area for business on April 7th and April 8th.  He intends to leave on Thursday April 7th and return on Friday April 8th.

3.   According to the Pretrial Services Agency ("PSA"), Mr. Maucha is in compliance with his conditions of release.  In addition, the PSA officer informed counsel that it does not oppose the defendant's request to travel, however, the officer indicated that they need a Minute Order or a Minute Entry by the Court to permit the travel.

4.  Government counsel has authorized undersigned counsel to represent that the government does not oppose the defendant's request for travel.

2

WHEREFORE, for the reasons set forth above, the defendant respectfully requests that the Court enter an Order, Minute Order, or Minute Entry permitting defendant to travel to the New York City area on April 7, 2022, and return on April 8, 2022.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Paul Maucha

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record this __4th____ day of April, 2022.

\_\_\_/s/_____
Howard B. Katzoff